United States Bankruptcy Court
Eastern District of Pennsylvania

Stasik,
    Plaintiff

Adv. Proc. No. 17-00182-jkf

Schaeffer,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Aug 22, 2017
                 Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
```
ust            +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,
                 228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
dft            +Jennifer H. Schaeffer,    10214 Calera Road,    Philadelphia, PA 19114-1214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2017 01:48:38     Frederic J. Baker,
                 Office of United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Aug 23 2017 01:48:38     SHAKIMA L. DORTCH,
                 U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,
                 Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Aug 23 2017 01:48:38     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2017 01:48:38     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                             TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
```
              Benjamin J. Simmons    on behalf of Plaintiff Jaclyn   Stasik bsimmons@definolawyers.com
              MICHAEL A. CATALDO2    on behalf of Defendant Jennifer H. Schaeffer ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
                                                                                             TOTAL: 2
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Jennifer Schaeffer :
    DEBTOR : BKY. NO. 17-11784JKF13
Jaclyn Stasik :
    Plaintiff
vs. : ADV. NO. 17-182JKF
Jennifer Schaeffer :
    Defendant

## STIPULATION

THIS STIPULATION is entered by and between the above parties to resolve the adversary action.

WHEREAS, debtor filed a Chapter 13 petition to reorganized debt.

WHEREAS, debtor listed a disputed, unliquidated claim to Plaintiff Stasik.

WHEREAS, the parties have agreed to resolve the adversary action and issues concerning plan treatment as follows;

1. The parties agree that Debtor will amend her plan with payment terms of $150 for 4 months (4/17 thru 7/17) and $300 for 56 months, (8/17 thru 3/22) for a total base amount of $17,400.
2. The amended plan will separately classify Stasik as an unsecured creditor.
3. As an alleged non-dischargeable claim, the parties agree that proceeds of the Chapter 13 plan after administrative expenses will be distributed to Stasik. Any other amended plan thereafter, that is required by the court or trustee concerning other unsecured creditors, will not affect this settlement. Debtor will assure that the plan pays Stasik at least $11,660.
4. Stasik agrees to accept said distribution under the amended plan and will not object to confirmation.
5. Schaeffer will not object to Stasik's proof of claim, but in no manner, does that constitute any admission of liability.
6. Upon successful completion of the amended plan or any future amended plan that is required that pays movant the same

distribution and upon Chapter 13 Discharge, Stasik's claim is discharged and satisfied.

7. If this case is dismissed for non-payment or any other reason or converted to a Chapter 7 bankruptcy, this agreement will be null and void and Stasik will be allowed to proceed with the non-dischargeablity litigation in a Chapter 7, Chapter 13. or state court action, and shall retain all other remedies available at law if such action is dismissed.

8. This is the entire agreement between the parties and can only be modified by agreement of the parties and court approval.

Respectfully submitted,

Dated: 8/17/17

_____
Michael A. Cataldo, Esquire
Counsel for Schaeffer

Dated: 8/17/17

_____
Benjamin Simmons, Esquire
Counsel for Stasik

AND NOW, this 22nd day of August, 2017, this Stipulation is hereby APPROVED by the Court.

_____
Judge Jean K. FitzSimon
Bankruptcy Judge